UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEE'ANGELO LAMAR GATHRITE,<br><br>   Plaintiff,<br><br>   v.<br><br>R. DIAZ, et al.,<br><br>   Defendants. | Case No.  25-cv-02369-RMI<br><br>**ORDER GRANTING EXTENSION**<br><br>Re: Dkt. No. 16 |

For good cause shown, it is hereby **ORDERED** that Defendants' request for an extension of time (dkt. 16) to file a dispositive motion is **GRANTED** in part, and the motion shall be filed by **February 3, 2026**.

**IT IS SO ORDERED.**

Dated: November 3, 2025

_____
ROBERT M. ILLMAN
United States Magistrate Judge