United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEE'ANGELO LAMAR GATHRITE,

        Plaintiff,

    v.

R. DIAZ, et al.,

        Defendants.

Case No. 25-cv-02369-RMI

**ORDER STAYING CASE**

Re: Dkt. No. 18

The joint stipulation to stay the case (dkt. 18), is **GRANTED** and the case is **STAYED** while the parties discuss a settlement. The dispositive motion deadline is **VACATED**, and the Court will set a new deadline if the case is not settled. The parties shall file a status report by **April 6, 2026**. The parties shall inform the Court if a referral for a settlement conference with a Judge will be helpful.

    **IT IS SO ORDERED.**

Dated: January 26, 2026

_____

ROBERT M. ILLMAN
United States Magistrate Judge