UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEE'ANGELO LAMAR GATHRITE,

Plaintiff,

v.

R. DIAZ, et al.,

Defendants.

Case No.  25-cv-02369-RMI

**ORDER**

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. All the Defendants were served, and the Court set a dispositive motion deadline. On January 26, 2026, the case was stayed, and the dispositive motion deadline was vacated so the parties could engage in settlement discussions. (Dkt. 19.) Defendants recently filed a status report indicating that the case did not settle and that the Court should reset the dispositive motion deadline. (Dkt. 21.)

The stay in this case is **LIFTED,** and the case is **REOPENED**. Defendants shall file a dispositive motion or notice that none will be filed by **July 1, 2026**. All other aspects of the Order of Service (dkt. 11) remain in effect.

**IT IS SO ORDERED.**

Dated: April 21, 2026

ROBERT M. ILLMAN
United States Magistrate Judge